UNITED STATES DISTRICT AND BANKRUPTCY COURTS
FOR THE DISTRICT OF COLUMBIA


PRIEST MOMOLU V.S. SIRLEAF JR.,, PHARAOH & PRIEST
FOR THE COMMONWEALTH OF ISRAEL et al., for themselves
and for all Evangelical Trump Voters, et al.,
Greensvile Correctional Center
901 Corrections Way
Jarratt , Virginia 23870
Prisoner ID # 1166862

Case: 1:19-cv-02523          (F-Deck)
Assigned To : Unassigned
Assign. Date : 8/15/2019
Description: Pro Se Gen. Civil


        VS.                          CIVIL CONSPIRACY ACTION NO.

                                     _____

ADAM SCHIFF
Representative
United States Congress
United States ex rel.,

ADREW MCCABE  et al.,
Federal Agent(s)
United States ex rel.,
Eached sued in their individual capacity



DIVERSITY JURISDICTION EXSISTS
see : Polakoff v. Henderson, 370 F.Supp. 690 (N.D. Ga. 1973)


RECEIVED
Mail Room
AUG 1 5 2019
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

## LIST OF PARTIES

I.   PLAINTIFF(S) : Priest Momolu V.S. Sirleaf Jr. , individually, and as a body
                    corporate; i.e., The Commonwealth of Israel [for themselves and for
                    Evangelical Christians who voted for President Donald J. Trump; in
                    in the United States, and all its territories & jurisdictions] et al.,

                    Greensville Correctional Center
                    901 Corrections Way
                    Jarratt, Virginia 23870


II.  DEFENDANTS : Andrew McCabe; former FBI agent,
                  United States Department of Justice

                  Rob Rosenstein ; Former United States Deputy Attorney General,
                  United States Department of Justice,

                  Adam Schiff; Congressman, California ; House Intelligence Chairman
                  United Staes House of Representatives



III. At all times mentioned herein each of these above named defendants were acting under
     color of federal law.

IV.  Each of these Defendants named above are being sued in their individual capacities
     only.

V.   Sirleaf The Priest has Priest Penitent privilege and writ writer standing
     to assert rights of other prisoners in his body corporate . (See Johnson v.
     Avery, 393 U.S. 483, 487 - 88 , 89 S. Ct. 747, 749-50 (1969) )

2 A

v) Lynda Burrows ; Mailroom Clerk
   GCC
   901 Corrections Way
   Jarratt , Virginia 23870

### DOE CLAUSE

vi) DOE # 1

vii) DOE # 2

viii) DOE # 3

ix) DOE # 4

x) DOE # 5

xi) DOE # 6

xii) DOE # 7

The true names or capacities , whether individual, corporate, associate, or otherwise, and defendantship of Defendants DOE 3's 1 - 7, inclusive, are unknown at the time of the filing of this Complaint to Plaintiff, who therefore sues said defendants by such fictitous names and will ask leave of the court to amend this Complaint to show their true names or capacities and defendantship when the same has been ascertained . Plaintiff is informed and believes, and based upon said information and belief, alleges that each defrendant designated in this Complaint as a DOE , was responsible, negligently or in some other actionable manner for the events and happenings referred to in this Complaint that proximately caused injury to plaintiff as herein alleged .

### JURISDICTION

The jurisdiction  of this Court is invoked under 28 U.S.C. § 1350 for the Treaty of Friendship, Commerce, and Navigation Between the United States and Liberia - in conforming to the Alien Tort Claim Act (:ATCA") and 42 U.S.C §§ 1983, 1985(3), & 1986 - for Conspiracy to deprive of civil rights .

Plaintiff is a Liberian National - unlawfully detained in violation of the U.S.'s Constitution, laws, and treaties. The Defendants  at all times mentioned herein were employed by the VDOC , working under color of state law.

Each of the Defendants,and all of them , are being sued in their individual and official capacities . The Defendants have no entitlement to any immunities for illegal acts - which they knew to be illegal.

\* DIVERSITY jurisdiction exists because Plaintiff domiciled in Maryland prior to unlawfull detention .

 (See Polakoff v. Henderson, 370 F. Supp. 690 (N.D. Ga. 1973), aff'd, 488 F.2d 977 (5th Cir. 1974)

2 B

A SHORT STATEMENT OF THE FACTS THAT GIVE RISE
TO PRIEST MOMOLU V.S.SIRLEAF JR.'S CLAIMS

1. Plaintiff, Priest Momolu V.S. Sirleaf Jr., ("Sirleaf The Priest"), is a Liberian National , with Permanent Resident Alien status.

2. He "qualifies" for , and has a record of Disability : as defined by the Americans With Disabilities Act Title 42 U.S.C. §1201 et seq. ("ADA"). (See Exhibit 1 : Oerating Procedure 801.3 ("O.P.")

3. Sirleaf The Priest qualifies for and is serving as the Coordina-or for the VDOC's House of YAHVEH Religious Program. (See O.P. 841.3)

4. The House of YAHVEH is on the approved religion list, and the Yahvists are a legitimate religion . (See Exhibit 2 : O.P. 841.3 and the attachments thereof)

5. Sirleaf The Priest is a Priest and Co-Founder of the Yahvist Sect called The Commonwealth of Israel ; which is an insular minority race of proselyte Israelis, and an Unincorporated Ecclesiastical Association . The House of YAHVEH is one of The Commonwealth of Israel's satellite congregations.( See Exhibit 3 : Declaration of Religious Beliefs & Articles of Association) And has standing as a writwriter to assert the rights of other inmates. (See Johnson v. Avery, 393 U.S. 483 , 487-88 , 89 S.Ct. 747, 749-50 (1969))

3

6. Sirleaf The Priest holds his religious beliefs as a matter of liberty and life. And he seriously holds to the major tenets of his religion; which are his sincerely held religious beliefs.

7. Amongst the major tenets of his Yahvist Faith is the sincerely held religious belief that believers have inalienable rights to petition the government for a redress of their grievances; as it is written in The Torah book of "Sh'mot" aka Exodus Ch. 18:19 - 22; of Parasha 17; "Yitro" aka Jethro" :

> "So listen now to what I have to say. I will give you some advice & [YAHVEH/Yeshua] will be with you [aka "Emmanuel"].
>
> You should represent the people [as Supreme Court Justice] before [YAHVEH/Yeshua], & you shall bring their [Original & Appellate ] cases before [YAHVEH/Yeshua].
>
> You should also teach them [the constitution, laws, and treaties of their nation] & show them how to [civilly & religiously] live their lives, & what actions [are lawful versus unlawful or even criminal].
>
> But you should appoint from among the population, [reasonable jurist] who are competent, God-fearing, & incorruptible.
>
> The lower local courts will be in charge of [population centers] of thousands, the 2nd higher courts will be in charge of hundreds, the 3rd higher courts will be in charge of fifties, the 4th higher courts in charge of tens.
>
> Normally these lower courts will settle the peoples' disputes.
>
> The difficult [i.e., Original & Appellate] cases should be brought to you [i.e. the Supreme Court's Justice(s)]
>
> But ordinary [civil, criminal, corporate, & Admiralty] cases should be handled by these lower courts.
>
> In this way, they will make it easier for [the Supreme Court's Justice(s)] & share the burden [of the Judicial Branch]."

4

8. Amongst the major tenets of Sirleaf The Priest's sincerely held religious beliefs
   is also, their Right to Vote/Appoint/or Choose, both their Spiritual and Secular
   leaders in the nation(s) where they dwell; via inter alia being engaged in said
   democratic processes; as both their civil duty and religious exercise; as it is
   written in the following Scriptures :

   * In the TANAKH book of Judges CH. 2:16, it is written "YAHVEH/Yeshua raised up judges [i.e.,
     Chief Law Enforcement Officer(s) aka Presidents] , who rescued [the citizens] from the power
     of those who plundered them."

   * It is further written in Judges CH. 2:18, "When YAHVEH/Yeshua raised up judges for them,
     YAHVEH/Yeshua was with the judge and delivered them from the hands of their enemies throughout
     the lifetime [i.e., the term ] of the judge, for YAHVEH/Yeshua was moved by pity by their
     groaning under those oppressing and crushing them."

   * Also , in the TANAKH book of Acts CH. 1:20 - 26 , it is written "Now" , said Saint Peter, "it
     is written in the book of Psalms, 'Let his estate become desolate, let there be no one to live
     in it' and 'Let someone else take his place as a Supervisor [i.e., President].'
     "Therefore, · one of the men who have been with us continuosly throughout the time the Lord
     Yeshua travelled around amongst us, from the time Yochannan was immersing people, to the time
     Yeshua was taken up from us ---- one of these men must become a witness [i.e., a Spiritual
     Leader] with us to His Resurrection." They nominated two men ---- Yosef Bar Sabba, surnamed .
     Justus, and Mattityahu.

     Then they prayed "Lord you know everybody's heart. Show us which of these men you have chosen
     to take over the work and office of Emissary that Y'huda abandoned to go wher · ·elongs."

     Then they drew lots [casted votes] to decide between the two , and the lot [i.e., vote] fell to
     Mattityahu [i.e., Mattityahu won the election] , so he was added to the Emissaries .

   * It is also written in the TANAKH book of 1st Timothy CH. 1:2, " First of all, then, I counsel
     that all petitions, prayers, intercessions, and thanksgiving be made for all human beings, inc-
     luding kings and all in positions of prominence [including Presidents] , so that we may live .
     quite and peaceful lives, being godly and upright in everything. This is what YAHVEH/Yeshua ,
     our Deliver regards as good, that is what meets his approval."

EXHIBIT C

9. In 2016 Sirleaf The Priest; both as an individual, and as a body corporate, as well as Evangelical Christians who voted for President Donald J. Trump, exercised   their religious & civil duties via offering up petitions, prayers, and thanksgiving to God for Candidate Donald J. Trump ; that he may win the 2016 Presidential Elections.

10. In 2016, Evangelical Christians who favored Candidate Donald J. Trump ; for President of the United States exercised their religious and civil duty via inter alia going to the polls and casting their votes for Candidate Donald J. Trump.

11. In 2016 Sirleaf The Priest's petitions, prayers, and thanksgiving religious exercises to God; both individually, and as a body corporate, as well as Evangelical Christians who supported Candidate Donald J. Trump, had their religious exercises rewarded  to them by God; upon the election of then Candidate Trump, as President of the United States of America.

12. In 2017, Sirleaf The Priest, both individually, and as a body corporate, again joined Evangelical Christians, who supported the election of President Donald J. Trump, in freely exercising their religion; via inter alia offering up petitions, prayers, supplications, intercessions, and thanksgiving to God for their new duly elected President; President Donald J. Trump. Who was inaugurated in 2017; after having won the Presidency via the Electoral College; as opposed to the Popular vote. Which was won by Democratic Presidential Candidate, Hillary R. Clinton.

13. Shortly after President Donald J. Trump's inauguration, treasonous rumors were fomented and disseminated throughout the nation via inter alia the national news media , by certain members of an insiduous conspiracy known to pundits  as "The Deep State". A conspiracy was launched inter alia to deprive the Plaintiffs of their civil rights by  a campaign of harassment, subterfuge, disinformation, mass investigations, paranoia, fear mongering, judicial overreach, prosecutorial misconduct, malicious prosecution(s) , fraud on the FISA Court, and smear campaigns meant to sabotage and undermine the new administration, in an attempt to usurp the will of the people ; via inter alia overturning the results of the 2016 elections through an administrative coup d'etate,  aimed at : impeaching or to otherwise remove President Donald J. Trump from office. Thus violating the Plaintiffs' Rights secured under the Religious Land Use and Institutionalized Persons Act ["RLUIPA"] , their enumerated Rights to Free Exercise of their religion secured under the First Amendment to the United States Constitution & their Unenumerated rights secured under the Ninth Amendment to the United States Constitution.

14. The Defendants undermined the public trust via inter alia planting and fanning the flames of a dis-
information campaign; which campaign's narrative is that the routine international state craft by
all governments ; to  varying degrees, but in this case at issue , the Russian Government, was
"Russian interference in the 2016 election" and that said alleged "Russian Interference" was done
in "Collusion" with then Candidate Donald J. Trump - to help him win the 2016 election. The con-
spirators/Defendants never bothered to explain to the nation how "Russian Interferrence" via
social media like Facebook (according to the conspiracy's narrative) can help any Candidate (much
less the target of their administrative coup d'etate; President Donald J. Trump) win the Presidency
of the United States via the Electoral College. Making their narrative sheer nonsense & treasonous.

15. The Defendants conspired against the President to trigger a Special Counsel Investigation, in hopes
of advancing their administrative coup d'etate; through Robert Mueller; an unwitting pawn to their
conspiracy.

16. The Defendants conspired to commit fraud on the FISA Court with an spurrious dossier known as the
"Steele Dossier" in hopes of advancing their administrative coup d'etate against the President.
The Steele Dossier was paid for by the opposition party that had lost the 2016 election. And said
Fruit from the Poisonous Tree was subsequentlly used to obtain arrest warrant(s) and vindictively,
maliciously, selectively and otherwise maliciously prosecute U.S citizens in the United States Federal
Courts; including the Southern District of New York. In an attempt to abuse the power (and latitude)
given to prosecutors; in order to coerce people into making statements ( false or otherwise) against
President Donald J. Trump.

17. On or about 2/17/19 Defendant Andrew McCabe confessed to Sirleaf The Priest; individually, and as a
body corporate , as well as to Senator Lindsey Graham  and the Nation; via inter alia CBS's 60
minutes and Face The Nation news media outlets, that Defendants Andrew McCabe and Rob Rosenstein did
indeed engage in a conspiracy to overthrow the government via  inter alia an administrative coup d'etate ---
thus violating the Plaintiffs' Rights secured under RLUIPA, the First , and the Ninth Amendments to
the United States Constitution.

20. Which the Defendants Andrew McCabe came to an agreement of the minds with his coconspirators : James
Comey, Peter Strok, Lisa Paige, and Jim Baker to overthrow the regime of President Donald J. Trump
via inter alia either : conspiring to invoke Article 25 of the United States Constitution against
the President; without probable cause,
*Entrap the President via wearing an illegal wire tap into the Oval Office , and
*Trigerring a Special Counsel fishing expedition with hopes it may lead to the President's Impeachment.
*

21. On or about 2/25/2019 Defendant Adam Schiff was implicated before the United States Congress as being part of the conspiracy mentioned in factual paragraph #'s _____ ; by his coached "witness", Michael Cohen .

22. Defendant Adam Schiff's witness testified before Congress, that Defendant Adam Schiff had "diussed" "discussed [i.e. coached]" Michael Cohen, prior to Michael Cohen's profferring - up false testimony to Congress; as the predicate for impeachment of President Donald J. Trump; before Congress.

23. On or about  3/3/2019 , Defednat Adam Schiff confessed to Sirleaf The Priest , both individually, and as a body corporate, as well as, to Congressman Jim Jordan; Ranking member of the Oversight Committee, to  Congressman Devin Nunez, and the nation; on CBS's Face The Nation that Defendant Adam Schiff "invited [i.e., conspired with] Michael Cohen" , "Lay (Michael Cohen's ) concerns [i.e., offered Michael Cohen benefits and certain promises, in exchange for his false testimony e.g. protection from the Chief law enforcement  Branch of the government]" and therefore Defendant Adam Schiff has confessed to having engaged in the conspiracy to overthrow the regime of President Donald J. Trump via an administrative coup d'etate, and violated the Plaintiffs Rights secured under RLUIPA, the First Amendment and Ninth Amendment to the United States Constitution. Defendant Adam Schiff and his coconspirators therefore conspired to violate the Full Faith and Credit Clause of Article IV of the United States Constitution; with regards to the ballots casted by the Electoral College; in favor of President Donald J. Trump for the Presidency of the United States of America; via inter alia undermining public trust in its results without ligitimate probable cause. And thus conspired to violate the Rights of Evangelical Christians who voted for President Trump, as well as Sirleaf The Priest , who exercised their religious duties ; via inter alia offering prayers, intercessions, petitions, supplications, and thanksgiving (in addition to the votes of those who voted) before God for their President.

24. Defendant Adam Schiff's implication; by Michael Cohen, and subsequent confession on CBS's Face The Nation was witnessed by Congressman Kevin McCarthy.

, STANDARD OF REVIEW FOR 42 U.S.C.§§ 1985(3) & 1986:

25.  A) A civil conspiracy is a combination of two or more persons acting in concert to commit an unlawful act ; or to commit a lawful act by unlawful means , the principle element of which is an agreement between the parties 'to inflict a wrong against or injury upon another' , 'an overt act that results in damage.' '' (See Rotermund v. United States [supra]. In order to prove the existence of a civil conspiracy , the plaintiff is not required to provide direct evidence of the agreement between the conspirators , ''(c)ircumstantial evidence of the agreement may provide adequate proof of a conspiracy.'' (See Hoffman-LaRoche [supra]. Absent the testimony of a coconspirator, it is unlikely that direct evidence of a conspiratorial agreement will exist. Thus , the question whether an agreement exists should not be taken from a jury in a civil conspiracy case so long as there's a possibility that the jury can 'infer from the circumstances (that the alleged conspirators) had a meeting of the minds' and thus reached an understanding'' to achieve the conspiracy's objectives (See Adickes [supra]

26.  B) A plaintiff seeking redress need not prove that each participant in a conspiracy knew the ''exact limits of the illegal plan or all participants therein.'' (See Hoffman-LaRoche [supra] . An expressed agreement among all conspirators is not a necessary element of a civil conspiracy. The participants in the conspiracy must share the general conspiratorial objective , but they need not know all the details of the plan...

27.  designed to achieve the objective or possess the same motives for desiring the intended conspiratorial result. To demonstrate the existence of a conspiratorial agreement it simply must be shown that there was ''a single plan , the essential nature and general scope of which (was) known to each person who is to be held responsible for its consequences .'' Id.

28.  C) The fact that all of the evidence does not point in one direction and different inferences might be drawn from it does not justify judicial intrusion into the role of the jury in determining whether a civil conspiracy exisits . (See Continetal Ore CO. [supra]. In such a situation ,''It is the jury which 'weighs the contradictory evidence and inferences' and draws 'the ultimate conclusions as to the facts.' '' Id.(citation omitted). When a plaintiff alleges a conspiracy to violate civil rights , ''(t)he existence or nonexistence of a conspiracy is essentially a factual issue that the jury not the trial judge should decide.'' (See Adickes [supra]. (Black J. concurring)

29.  D) Proof offa class-based animus underlying the conspiracy is a requirement of Section 1985(3) claims . (See Griffin [supra]

30.  E) Section 1986 provides that : Every person who having knowledge that any of the wrongs conspired to be done and mentioned in Section 1985 of this Title , are to be committed , and having power to prevent or aid in the preventing the commission of the same , neglects or refuses so to do , if such wrongful act be comitted , shall be liable to the party injured or his legal representative for all damages caused by such wrongful act , which such person by reasonable diligence could have prevented , and such damages may be recovered in any action on the case ; and any number of persons guilty of such wrongful neglect or refusal may be joined as defendants in the action.

*EACH CIVIL RIGHT VIOLATED*

COUNT # 1

31. Sirleaf The Priest charges Defendants Adrew McCabe, and Adam Schiff (and any of their coconspirators guilty of said wrongful act(s) or omission(s)) with conspiracy to violate the Full Faith and Guarantee Clauses of Article IV of the United States Constitution, via inter alia calling into question the ballots of the Electoral College that were casted for President Donald J. Trump; without ligitimate probable cause, and thereby undermining the public trust and free exercise of religion of all Evangelical Christians who voted ; petitioned, prayed, supplicated, interceeded, and give thanks before God for President Donald J. Trump. Violating 42 U.S.C. §§ 1983, 1985(3) & 1986.

LEGAL THEORY

Section I:"Full Faith and Credit shall be given in each state to the public acts, records, and judicial proceedings of every other state. And the Congress may by general laws prescribe the manner in which such acts, records, and proceedings shall be proved, and the effect thereof."

Section 4:"The United States shall guarantee to every state in this union a republican form of government and shall protect each of them against invasion; and on application of the legislature, or of the executive (when the legislature can not be convened) against comestic violence."

32. Under these legal theories, Sirleaf The Priest claims that Defendants Andrew McCabe,Adam Schiff (and any of their coconspirators guilty of said wrongful act(s) or omission(s)) having knowledge as mentioned in factual paragraph #'s 13,14,15,16,17,18,19,20,21,22,23,& 24 were conspired to be done and mentioned in Section 1985 of Title 42, were committted, and Defendants Adrew McCabe, Adam Schiff (and any of their coconspirators guilty of said wrongful act(s) or omission(s) having power to prevent or aid in the prevention of the violating of the public trust ; via inter alia the calling into question of the Full Faith of the Records and public acts of the Electoral College; without ligitimate probable cause, neglected or refused so to do. Such wrongful act(s) or omission(s) were thus committed. And therefore Sirleaf The Priest claims that Defendants Andrew McCabe, Adam Schiff (and any of their coconspirators guilty of said wrongful act(s) or omission(s)), are liable to him and to all Evangelical Christians who voted for President Donald J. Trump, or our legal representative for all damages caused by said wrongful act(s) or omission(s) which Defendants Andrew McCabe, Adam Schiff et al by reasonable dilligence

could have prevented, and such damages may be recovered in this action on the case pursuant to 42 U.S.C. § 1986 ; and any number of persons guilty of such wrongful neglect or refusal may be joined as Defendants in this action.

33.  Count #2
     Sirleaf The Priest charges defendant Adam
     Schiff (and any number of his coconspirators)
     with having power to prevent or aid in the
     preventing the commission of the wrongs conspired
     to be done as mentioned herein + in Section 1986
     — and neglecting or refusing so to do violating
     42 U.S.C. s 1986.

     Legal Theory see Page #

34.  Under this legal theory Sirleaf the Priest believes
     that A. Schiff (and any number of his guilty
     coconspirators) is liable to Sirleaf The Priest
     having knowledge as mentioned in factual
     paragraph numbers (13,14,15,16,17,18,19,20,21,22,23)
     that the wrongs mentioned in factual paragraph
     #'s (13,14,15,16-24) were conspired to be done
     and mentioned in Section 1985 of Title 42, were
     committed, and A. Schiff having power to prevent
     or aid in the preventing the commission of
     the same, neglected or refused so to do. Such
     wrongful act(s) and omission(s) were committed.
     Therefore A. Schiff is liable to Sirleaf The Priest
     or his legal representative for all damages

12

caused by said wrongful act(s) and omissions
which A.Schiff et al by reasonable dilligence
could have prevented, and such damages
may be recovered in this action on the
case; and any number of persons guilty
of such wrongful neglect or refusal may be
joined as defendants in this action.

13

COUNT # 3

35  Sirleaf The Priest Charges the Defendants <u>Andrew McCabe</u>   and <u>Rob Rosenstein</u> with engaging in a conspiracy to violate his rights secured under RLUIPA 42 U.S.C. § 200cc- et seq., violating 42 U.S.C. §§ 1983 and 1985(3).

LEGAL THEORY

36  The abov named Defendants; as stated in factual paragraph #'s  <u>13,14,15,16,17,18,19,& 20</u> are each personally, directly, and legally responsible, under color of state law (or federal law), for compliance with the United States Constitution; as well as, its laws and treaties - which include RLUIPA - and to insure that they neither retaliate or discriminate against prisoners based upon their race, disabilities, or religious belief affiliations. And that prisoners in the VDOC, which includes GCC, have access to exercise their religion freely; as prescribed by RLUIPA and the 1st Amendment to the United States Constitution.

37  <u>McCabe, & Rosenstein</u> 's personal conspiratorial acts; as stated in factual paragraph #'s <u>11,12,13,14,15, & 16-20</u> were done in a manner that targeted Sirleaf The Priest; both individually, and as a body corporate, in a retaliatory and discriminatory way. Which placed a substantial burden on Sirleaf The Priest's ability to freely exercise his religious beliefs and sincerely held religious beliefs; both individually, and as a body corporate.

38  This is why Sirleaf The Priest believes that Defendants <u>McCabe & Rosenstein</u>  and any other party guilty of such wrongful acts as described herein, is liable to Sirleaf The Priest. And may be joined as a party on this action; per 42 U.S.C. § 1986.

COUNT # 4

39. Sirleaf The Priest charges the Defendants Andrew McCabe and Rob Rosenstein with
intentionally and deliberately depriving him ; both individually, and as a body
corporate, of his rights secured under the 1st Amendment to the United States
Constitution ; to Free Exercise of their religion ,...................., and to
be Free from Retaliation for so doing - violating 42 U.S.C. § 1983.

LEGAL THEORY

40. The 1st Amendment to the United States Constitution states "Congress shall make no
law respecting an establishment of religion, or prohibiting the free exercise there-
of... or the right of the people... to petition the Government for a redress of their
grievances."

41. The Right to Petition is the freedom to protest against the government, to ask for
changes , and to ask that wrongs done in the name of the government be corrected.

42. Justice Sandra Day O'Conner wrote in a 2002 case " We have recognized this right to
petition as one of the most precious of the liberties safeguarded by the Bill of
Rights" "and have explained that the right is implied in the very idea of a gov-
ernment republican in form.

43. Under this legal theory as stated in factual paragraph #'s  11,12,13,14,15,16,17,18,19 & 20
Sirleaf The Priest charges that the above named Defendants did engage in a retaliatory
campaign of harassment against Sirleaf The Priest; both individually, and as a body
corporate, for exercising his right to petition the government for a redress of his
grievances; in violation of his rights secured under the 1st Amendment to the U.S.
Constitution. And this is why Sirleaf The Priest believes the above named Defendants
are liable to him , and to all Evangelical Christians who voted, prayed, petitioned,
supplicated, interceeded, and give thanks to God for their President; President
Donald J. Trump; President of the United States of America; as their religous exe-
rcise(s).

PRAYER FOR RELIEF

§ 1985(3) + 1986 Claims

44. Wherefore, Sirleaf The Priest prays for the following relief:

Sirleaf The Priest demands a jury trail; per the standard of review in 42 U.S.C.§ 1985(3) and 1986 cases which prohibit judicial instruction into the jury's role in determining wheter a civil conpiracy exists. (See Continental Ore CO. v. Union Corbide + Carbon Corp., 370 U.S. 690, 700-01, S.Ct. 1404, 1411, 8L.Ed. 2d 777 (1962))

Sirleaf The Priest request for the requesting of the appointment of counsel persuant to the ADA 42 U.S.C.§ 12101 et. seg.- as Sirleaf The Priest qualifies as disable (visually impaired) as defined by the statutes and pursuant to the honorable Court's Power to appoint under Title 18 U.S.C. § 300 6(A) which states inter alia "The Court may appoint counsel at any stage of the petitioner's proceedings. (See 18 U.S.C. § 300 6(A)(2)(B) holding court may furnish counsel at any stage of the case if the interest of justice so requires."

45. Under 42 U.S.C. § 1985(3) and 1986 this Honorable Court has authority to grant monetary damages to Sirleaf The Priest for the civil conspiracy to deprive him of his constitutional rights. Sirleaf The Priest seeks monetary damages of Twenty One Million dollars against the defendants jointly and severally.

16

RLUIPA CLAIMS :

46. In accordance with 42 U.S.C. § 2000cc-c(a),(f), this Court has power to grant Injunctive and Declarative Relief. (See Charles v. Verhagen, 348 F.3d 601 (2003) )

Requested Relief :

47. Sirleaf The Priest seeks the following relief from this Honorable Court; in both his individual capacity, and as a body corporate. And from the Defendants in their individual capacities :

48. Injunctive Relief : This Honorable Court to issue a permanent injunction, against the Defendants, enjoining them from (a) violating Sirleaf The Priest"s rights; individually, and as a body corporate, as described herein;

49. Declaratory Relief : This Honorable Court to determine whether the wrongful acts conspired to be done and actually done against Sirleaf The Priest; both individually, and as a body corporate, violate his rights, individually, and as a body corporate, under RLUIPA.

50. Monetary Damages : $725,000.00 per Defendant jointly and severally; in their individual capacities.
The Cost of this suit against the Defendants, and any other relief this Court finds just, fair, and equitable.

RELIEF SOUGHT

§ 1983 Claims:

51.     All Defendants are being sued in their . . . . . . . . individual capacities under 42 U.S.C. § 1983 for civil rights violations. "42 U.S.C. § 1983 creates a private right of action against officials who, under the color of state law, deprive the individuals of their constitutional rights." "42 U.S.C. § 1983 allows a plaintiff to seek money damages from government officials who have violated the plaintiff's constitutional rights, if governmental immunity does not otherwise apply." (See Yellowbear v. Hargett, 2016 WL 10520959)

52.     "Qualified immunity shields public officials from civil damage liability as long as their actions could reasonably have been thought consistent with the rights they are alleged to have violated." "Qualified immunity shields government officials from civil damages liability unless the official violated a statutory or constitutional right that was clearly established at the time of the challenged conduct." "To be clearly established, a right must be sufficiently clear that every reasonable official would have understood that what he is doing violates that right." (See Hargett, supra)

53.     "Qualified immunity is an immunity from suit rather than a mere defense to liability." "Because it is the norm in private

actions against public officials, officials enjoy a presumption of
immunity when the defense of qualified immunity is raised." "A
plaintiff seeking to overcome that presumption must make a two-part
showing:  first, that a public official violated the plaintiff's
constitutional (or, in the case of § 1983 action, more generally,
federally protected) rights; and second, that these rights were
clearly established at the time of the alleged violations." (See
Hargett, supra)

54.    The Plaintiff has clearly established that the Defendants'
actions were intentional and thereby, cannot be construed as reason-
able, nor consistent with the rights they violated.  The constitu-
tional rights, which were violated, were clearly established well
before the time the Defendants violated them, and sufficiently
clear that every reasonable official would have understood that what
he/she was doing violated that right.

55.    Also, the Plaintiff has shown that the Defendants violated the
Plaintiff's constitutional and federally protected rights, and
these rights were clearly established at the time of the alleged
violations.  Therefore, the Plaintiff has met the standard to over-
come the presumption of immunity if Defendants raise a defense of
qualified immunity.

56.    Thus, under the First Amendment Free-Exercise Clause and 42
U.S.C. § 1983, this Honorable Court has authority to grant monetary
damages to the Plaintiff for the constitutional violations stated
herein.

PRAYER FOR RELIEF

§ 1201 et seq. Claim

57 Under Title 42 U.S.C. § 1201 et seq., this Honorable Court has authority to grant *Punitive* damages to Sirleaf The Priest for the deprivation of his rights secured under the Americans with Disabilities Act. Sirleaf The Priest seeks *punitive* damages of Seven Million dollars against the defendants jointly and severally.

PRAYER FOR RELIEF

§ 1:14 Allegation- claim arising under treaty

[28 U.S.C.A § 1331] + [28 U.S.C.S. § 1350]

58 This Honorable Court has authority by reason of Title 28 United States Code, Section 13**50** to grant Sirleaf The Priest *Punitive* damages for his claims arising out of the Treaty of Friendship, Commerce, and Navigation Between the United States and Liberia - as herein mentioned. Sirleaf The Priest seeks *Punitive* damages of Seven Million dollars against the defendants jointly and sevenally.

Sirleaf The Priest seeks notification of his Consulate of his need of legal representation and assistance in this case.

Sirleaf The Priest also seeks the recovery of costs for this action from the defendants.

20

PRAYER FOR RELIEF

§ 1985(3) + 1986 Claims

59. Wherefore, Sirleaf The Priest prays for the following relief:
Sirleaf The Priest demands a jury trail; per the standard of review in
42 U.S.C.§ 1985(3) and 1986 cases which prohibit judicial instruction
into the jury's role in determining wheter a civil conpiracy exists.
(See Continental Ore CO. v. Union Corbide + Carbon Corp., 370 U.S. 690,
700-01, S.Ct. 1404, 1411, 8L.Ed. 2d 777 (1962))

Sirleaf The Priest request for the requesting of the appointment of
counsel persuant to the ADA 42 U.S.C.§ 12101 et. seg.- as Sirleaf The
Priest qualifies as disable (visually impaired) as defined by the statutes
and pursuant to the honorable Court's Power to appoint under Title 18 U.S.C.
§ 300 6(A) which states inter alia "The Court may appoint counsel at any
stage of the petitioner's proceedings. (See 18 U.S.C. § 300 6(A)(2)(B)
holding court may furnish counsel at any stage of the case if the interest
of justice so requires."
Under 42 U.S.C. § 1985(3) and 1986 this Honorable Court has authority to
grant *Punitive* damages to Sirleaf The Priest for the civil conspiracy to
deprive him of his constitutional rights. Sirleaf The Priest seeks *Punitive*
damages of Twenty One Million dollars against the defendants jointly and
severally.

MAY GOD BLESS THESE UNITED STATES OF AMERICA!!!!

Executed at Jarrat,Virginia
on  7/14/2019

Priest Momolu V.S.Sirleaf Jr. , in my
name and in the name of my body
corporate  aka  ; The Commonwealth of
Israel & The House of YAHVEH :

L H Delbridge
NOTARY PUBLIC
Commonwealth of Virginia
Reg. # 7753166
Com. Exp. 4-30-2021

THE HOUSE OF YAHVEH

BY: PRIEST Momolu V.S.Sirleaf Jr.
PRIEST Peter Rosas
Gabriel C. Copeland
Derek M.D. Cuffee
Adam W, Wright
Derek A. Cypress
Marquice L.Martin
John King
Larry Simms Jr.
Travis T. Griffin
Aaron Lewis
Antony Montrose
Ray Watson
Eric Prosha
Ryan Sessoms
Marcus Russel
Travis Tuckee
Marcus Belvin
Desmond Gordon
Joshua O. Huff
Gregory Jones
et al.,
ORicco Stanford
Devon Womack
Chris Artis
Walke Brown
Jeremy Walton
Chris Edmonds
LaCal Richardson
Brandon Able
William Shifflet
Charles Davis
Long Vo
Antwan Chambers
Manneh Vay
Priestess Emma S. Urey
Priestess EL Shaddai Sirleaf
Momolu "Doc" Sirleaf
Menelik Sirleaf
Priestess Sharmyne Clarke

23

John T King

John T King

DERRICK COPPESS #1274569

Travis Griffin # 1074004

Marcus Russell #1056268

Marcus Russell

& MARQUICE MARTIN/* Marquice Martin

Travis Tucker 1197896/ Travis Tucker

Derek Cuffee 1535875 Derek Cuffee

Eric Prosha/Eric P.—/#1198165

MARCUS BELVIN 1377872 Marcus Belvin

Gabriel C Copeland   EL blss

Gabriel C Copeland

DESMOND E. GORDON

Desmond E. Gordon

JESHUA O.Huff Jeshua O. Huff

Ryan Sessoms
Gregory Jones
Ray Watson
Antony Montrose
Aaron Lewis
PRIEST Peter ("Kefa") Rosas
PREIST Momolu V.S. Sirleaf

Greensville Correctional
901 Corrections Way
Jarratt ,Virginia 23870

Priest M.V.S. Sirleaf

7/14/19



LYNN DRIVER
NOTARY PUBLIC
Commonwealth of Virginia
Registration # 7012266
My Commission Expires: 3/31/2018



Commonwealth of Virginia
Dora D. Hardy, Notary Public
Registration Number: 352912
My Commission Expires:
12/31/2016

24

VERIFICATION

.. I, Priest Momolu V.S. Sirleaf, after being duly sworn, state that I am the Plaintiff in this civil action, I have read the contents of this civil action, and that all statements of facts, information and events are based on my personal knowledge and are true and correct, except for those obtained from others, and for those, I also believe to be true and correct.

.. I further state that the factual assertions stated herein are sufficient evidence to support all the alleged claims stated herein, and I have presented a prima facie case to this court as such that this action should be docketed for trial or ruled on as presented. I declare under the penalty of perjury the foregoing statements are true and correct.

Respectfully Submitted,

Priest Momolu V.S. Sirleaf,
Greensville Correctional Center
901 Corrections Way
Jarratt, Virginia 23870

Executed at Jarratt, Virginia
on ____ 1/14/2019 ____.

L H Delbridge
NOTARY PUBLIC
Commonwealth of Virginia
Reg. # 7753168
Com. Exp. 4-30-2021

# maoz·israel
### REPORT

October 2017      Tishrei - Cheshvan 5778



*Cyrus the Great was chosen by God to restore the people of Israel to the land of Israel. Has President Donald Trump been called by God to be a Cyrus?*

EXHIBIT A

# IS PRESIDENT TRUMP A *CYRUS*?

By Ron Cantor

Against all odds, Donald Trump became President. He won big in the electoral college. Which caused me to wonder, *Does God have a plan here?* I certainly hoped so and

do pray for him regularly. Many people believe that he is a Cyrus. But what does that mean?

I am not opposed to saying, *"God has called him/her to be a Ruth"* or *"The Lord has put a Cyrus anointing on him,"* or *"He has a heart like David."* For instance, regarding my good friend,

Don Finto, I would have no trouble calling him a modern-day Ruth, for the way he has connected himself to the Jewish people.

### So, Is Trump a Cyrus?

First, who was this Cyrus? He was the king of Persia who allowed Nehemiah

By Mail:
Maoz Ministries
P.O Box 535788
Grand Prairie, TX 75053-5788

By Phone:
U.S. 800-856-7060
CAN. 866-712-0188
U.K. 020 3740 5794

By Email:
maozusa@maozisrael.org
maozcanada@maozisrael.org
maozuk@maozisrael.org

Online:
www.maozisrael.org
www.Istandwithisrael.com

Follow:
maozisrael
@maozisrael

to return to Israel and rebuild Jerusalem and her walls. Isaiah amazingly prophesied about this long before he was alive. *The prophesy came 150 years before Cyrus was king!*

> "Who says of Cyrus, 'He is my shepherd
>   and will accomplish all that I please;
> he will say of Jerusalem, "Let it be rebuilt,"
>   and of the temple, "Let its foundations be laid."'" (Is. 44:28)

Babylon was God's instrument of judgment against sinful Israel. But it was time for the Jews to return home. Cyrus, the King of the Persian Empire, attacked Babylon, liberated the Jews and allowed them to return and rebuild their country and of course the Temple.

## It Is About Israel

While Cyrus was a powerful leader of an empire, we know nothing of his personal life. Yet God raised him up to stand with Israel—to help restore the Jewish nation.

> "For the sake of Jacob my servant,
>   of Israel my chosen,
> I summon you by name [Cyrus, see v. 1]
>   and bestow on you a title of honor,
>   though you do not acknowledge me." (Is. 45:4)

Cyrus was not a believer. And yet God chose him to "rebuild my city and set my exiles free." (Is 45:13)

## Three Reasons Why Trump Might Be a Cyrus

1. The President has the authority to recognize Jerusalem (rebuild the city) and move the embassy to Jerusalem. This symbolic analogy is a stretch, but taking those actions could be seen as a foundational step. At the very least, a *Cyrus* would be extremely favorable towards Israel.

2. The ancient Cyrus doesn't initially "acknowledge" the Lord. We see that twice (Is. 45), but we also see that God does all these things through him, partly "so that you may know that I am the Lord." (Is. 45:3) Of all of the prophecies that I heard before President Trump won, there was one that seemed to really touch my heart, going all the way back to 2007.

> "Listen to the word of the Lord. God says, 'I will put at your helm for two terms a president who will pray, **but he will not be a praying president when he starts.** I will put him in office and then I will baptize him with the Holy Spirit and my power, says the Lord of Hosts. There will be a praying president, not a religious one. For I will fool the people, says the Lord. I will fool the people, yes I will.'" **Kim Clement**

Well, based on President Trump's behavior, it is safe to say that the first part was true. Some people have said, *"Hey, he is a baby believer."* Indeed, there are many rumors by credible Christian officials and pastors with whom he has surrounded himself that maintain he has prayed to receive Jesus as his Savior.

When New York Times' **Cal Thomas** reminded the president-elect that repentance for one's sins is a precondition to salvation (!), Trump answered, "I will be asking for forgiveness, but hopefully I won't have to be asking for much forgiveness." I don't say this to condemn him, but to show *we need to pray that he has a mighty experience with God!*

Many of his actions have been good and noble for America—for example, choosing a God-fearing man for the Supreme Court, curtailing

---

"Who says of Cyrus,
  'He is my shepherd
and will accomplish
  all that I please;
he will say of Jerusalem,
  "Let it be rebuilt,"
and of the temple,
  "Let its foundations be laid."'"

**Isaiah 44:28**

the induction of transgenders into the armed forces, encouraging prayer meetings of Christian congressmen and senators, choosing a true man of God, Mike Pence, as Vice President, and lightening the bias against Christian and Messianic Jewish organizations by the IRS and the Justice Department, to name just a few.

Yet, his words of vengeance and anger against all whom he perceives to be against him belie a man who is walking strongly with the Lord.

**3.** Thus, he is an unlikely choice for president. Nobody gave Trump a chance. Cyrus' grandfather tried to kill him twice because he was afraid he would replace him. The Lord does foresee confusion amongst those who serve him regarding His choice.

> "Woe to those who quarrel with their Maker,
>   those who are nothing but potsherds
>     among the potsherds on the ground.
> Does the clay say to the potter,
>   'What are you making?'
> Does your work say,
>   'The potter has no hands'?
> Woe to the one who says to a father,
>   'What have you begotten?'
> Or to a mother,
>   'What have you brought to birth?'" (Is. 45:9-10)

*"I will be asking for forgiveness, but hopefully I won't have to be asking for much forgiveness."*
**President Donald Trump**

Surely the Israelites would have desired a Jewish savior instead of a Cyrus—maybe someone from the line of David? God anticipated the reaction and basically said that He is God and will do His will as He pleases. And likewise, Trump—not a lifelong conservative, and with a checkered past—seems an unlikely choice.

## Is it conditional?

Not all prophecies or promises are unconditional. It may be that the Trump/Cyrus connection will depend on both his actions and our prayers. All of us are aware there are many believers praying for him. But, while God may have called him to be a Cyrus, he is not off to a good start.

The stage was set for him to favor Jerusalem. He was in Israel in the hours leading up to her 50-year anniversary of reunification. But instead of recognizing Jerusalem as Israel's capital and moving the U.S. Embassy, he focused on seeking peace between Israelis and Palestinians. His son-in-law—a man with zero experience in such matters—has quickly realized that there is most likely **no solution.**

There is no doubt that President Trump had planned to recognize Jerusalem and move the embassy, but there were obviously those, possibly from his own family, who convinced him not to. Yet in the latest developments, Trump is said to again be considering the move.

Let me be clear:  Cyrus never brokered peace between Israel and her enemies—but he did favor Israel—and that is what he was called to do.  So while many blindly say "Trump knows what he is doing," or "Trump will fulfill his promise to move the embassy in the future," Trump should never pressure Israel to give up land, meaning in today's context, settlements.  Joel speaks judgment over such leaders who divide up Israel's land. (Joel 3:2)

Cyrus was raised up for one reason—for the restoration of Israel. Please read for yourself in Isaiah 44:28 and 45:1-13.

And then pray. ∎

*Ron Cantor is founder of Messiah's Mandate and elder of of Congregation Tiferet Yeshua in Tel Aviv.*
**messiahsmandate.org**